**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6215**

JOHN MARVIN BALLARD,

        Plaintiff - Appellant,

    v.

JOSEPH PLAUD,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:13-ct-03104-H)

Submitted: May 21, 2015             Decided: May 27, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Marvin Ballard, Appellant Pro Se. William Woodward Webb, Sr., EDMISTEN & WEBB, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Ballard appeals the district court's order granting Defendant's motion to dismiss his malpractice action against Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Ballard v. Plaud, No. 5:13-ct-03104-H (E.D.N.C. Feb. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED